In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, as Super-intendent of Insurance, Respondent, for an Order to Take Possession of the Property and Conduct the Business of the POLISH UNION OF AMERICA, Respondent.

JAN GLADYSZ et al., Appellants.

*Appeal — unanimous affirmance of order denying motion to vacate prior order — appeal to Court of Appeals dismissed.*

*Matter of People, by Phillips (Polish Union of America),* 192 App. Div. 941, appeal dismissed.

(Submitted June 1, 1921; decided July 14, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

May 29, 1920, which unanimously affirmed an order of Special Term denying a motion to vacate a prior order.

*Frank M. Joslyn* for appellants.

*Edward R. O'Malley* and *Clarence C. Fowler* for Superintendent of Insurance, respondent.

*Joseph A. Wechter* and *Frank S. Burzynski* for Polish Union et al., respondents.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Deceased: CHASE, J.